Signed and Filed: May 3, 2013

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 12-30143DM |
| CARL ALEXANDER WESCOTT and | ) |
| MONETTE ROSEMARIE STEPHENS, | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| _____ ) | |
| DAVID H. KIRK, | ) Adversary Proceeding |
| | ) No. 12-3058DM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARL ALEXANDER WESCOTT and | ) |
| MONETTE ROSEMARIE STEPHENS, | ) |
| | ) |
| Defendants. | ) |
| _____ ) | |

ORDER REGARDING INTENT TO DISMISS
ADVERSARY PROCEEDING AS MOOT,
EFFECTIVE MAY 21, 2013

On May 3, 2013, the court entered a judgment denying the discharges of debtors Carl Alexander Westcott and Monette Rosemarie Stephens. <u>See</u> Judgment at Docket No. 55 in <u>Hoskins v. Wescott</u> (A.P. No. 12-3148). Consequently, this adversary proceeding to have a debt declared nondischargeable is moot, as the underlying debt is not discharged. The court will therefore dismiss this adversary proceeding as moot unless Plaintiff files

-1-

an opposition no later than May 20, 2013.  If an opposition is filed, the court will take the matter under advisement.

It is therefore

ORDERED that this adversary proceeding will be DISMISSED as moot effective May 21, 2013, unless Plaintiff files an opposition on or before May 20, 2013.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Carl Alexander Wescott |
| | 853 Ashbury Street |
| 3 | San Francisco, CA 94117 |
| 4 | Monette Rosemarie Stephens |
| | 853 Ashbury Street |
| 5 | San Francisco, CA 94117 |
| 6 | Sheila Gropper Nelson, Esq. |
| | Law Offices of Sheila Gropper Nelson |
| 7 | 55 Francisco St. 6th Fl. |
| | San Francisco, CA 94133 |

-3-