# Notice Recipients

District/Off: 0971−3   User: awong   Date Created: 5/6/2013
Case: 12−03058   Form ID: pdfeoapc   Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Carl Alexander Wescott          853 Ashbury Street          San Francisco, CA 94117
dft          Monette Rosemarie Stephens          853 Ashbury Street          San Francisco, CA 94117
             Sheila Gropper Nelson, Esq.          Law Offices of Sheila Gropper Nelson          55 Francisco St. 6th Fl.          San Francisco, CA 94133

                                                                                                                    TOTAL: 3