Signed and Filed: July 5, 2013



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case<br>) No. 12-30143DM |
| CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS, | )<br>) Chapter 7 |
| Debtors. | ) |
| DAVID H. KIRK, | ) Adversary Proceeding<br>) No. 12-3058DM |
| Plaintiff, | ) |
| v. | ) |
| CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS, | ) |
| Defendants. | ) |

ORDER DISMISSING ADVERSARY PROCEEDING

For the reasons set forth in this court's Order dated May 3, 2013, this adversary proceeding is DISMISSED as moot.

\*\*END OF ORDER\*\*

```
 1                    COURT SERVICE LIST

 2   Carl Alexander Wescott
     853 Ashbury Street
 3   San Francisco, CA 94117

 4   Monette Rosemarie Stephens
     853 Ashbury Street
 5   San Francisco, CA 94117
```