# Notice Recipients

District/Off: 0971−3   User: amalakoot   Date Created: 7/8/2013
Case: 12−03058   Form ID: pdfeoapc   Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| dft | Carl Alexander Wescott | 853 Ashbury Street | San Francisco, CA 94117 |
| dft | Monette Rosemarie Stephens | 853 Ashbury Street | San Francisco, CA 94117 |

TOTAL: 2